**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 4:26-CR-334 JAR/PLC** |
| | ) | |
| **PIERRE WATSON,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

Defendant has filed a *pro se* "Motion Requesting Bill of Particulars" [ECF No. 22]; "Motion to Supplement Bail Report" [ECF No. 23]; "Motion Requesting Dismissal of Indictment and Disclosure of Grand Jury Transcripts" [ECF No. 24]; and "Motion Requesting Early Disclosure of any Jencks Material" [ECF No. 25]. "There is no constitutional or statutory right to simultaneously proceed *pro se* and with benefit of counsel." United States v. Agofsky, 20 F.3d 866, 872 (8th Cir. 1994); see 28 U.S.C. § 1654.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's *pro se* motions [ECF Nos, 22, 23, 24, and 25] are **DENIED WITHOUT PREJUDICE**.

Patricia L. Cohen
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 31st day of August, 2026